ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| The Boeing Company | )     ASBCA No. 59593 |
| | ) |
| Under Contract No. F33657-01-C-0047 | ) |

APPEARANCES FOR THE APPELLANT:    Andrew E. Shipley, Esq.
    Seth H. Locke, Esq.
     Perkins Coie LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
     DCMA Chief Trial Attorney
    Douglas R. Jacobson, Esq.
     Trial Attorney
     Defense Contract Management Agency
     Bloomington, MN

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59593, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals